# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2279

_____

| | | |
|---|---|---|
| Jimmy L. Nolen, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Georgia Pacific Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | | |

_____

Submitted:  May 22, 2000

Filed:  May 25, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

In this diversity action, Jimmy L. Nolen appeals the district court's dismissal of Nolen's wrongful-discharge suit as time-barred under the Arkansas Civil Rights Act, Ark. Code Ann. § 16-123-101 to 108 (Lexis Supp. 1999).  Having reviewed the record and the parties' briefs, we agree with the district court that Nolen failed to file within the applicable limitations period and did not present facts justifying application of equitable tolling or equitable estoppel.  We thus affirm for the reasons stated in the district court's order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.